## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 04-750** |
| | : | |
| **HAROLD J. MCCOY, III** | : | |
| | : | |

---

# O R D E R

**AND NOW**, this 11th day of September, 2014, because I denied all of Defendant's Motions for relief (Doc. No. 250), it is hereby **ORDERED** that the Government's Motion to Dismiss (Doc. No. 245) is **DENIED as moot**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond___*
Paul S. Diamond, J.

1